### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RYAN T. ARMSTRONG,** | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV 24-148-RAW-GLJ |
| **WILLIAM "CHRIS" RANKINS, Warden,** | ) |
| Respondent. | ) |

## OPINION AND ORDER

Now before the Court is Petitioner's motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, which was filed in this Court as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Dkt. 1). It has come to the Court's attention that Petitioner is asking for relief in **Case No. 22-CV-248-CVE-SH** in the United States District Court for the Northern District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's petition for a writ of habeas corpus is hereby transferred to the Northern District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this 24th day of May 2024.

_Ronald A. White_
Ronald A. White
United States District Judge
Eastern District of Oklahoma